# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: REBECCA RUTHERFORD | |
|---|---|
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: Todd Anderson |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 3m |
| A.M. | P.M. | DATE: February 21, 2020 |

☐ MAG. NO.     ☐ DIST. CR. NO. 3:19-cr-00630-B *SEALED*     USDJ Judge Jane J. Boyle

UNITED STATES OF AMERICA     §     __P.J. Meitl_____, AUSA
                             §
v.                           §     _____ ☐
                             §
                             §     Jason Freeman ☐
STEWART ALBERT ELIZARDO (10) §     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 2/21/20 _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☑ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED ☑ WITH  ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☑ DETENTION HEARING SET 2/26/20 C 1pm

☐ PRELIMINARY HEARING SET _____   ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS:_____

FILED FEB 21 2020 CLERK, U.S. DISTRICT COURT By ___ Deputy