# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** Todd Anderson
**USPO:** _____
**Date:** February 21, 2020

Cr.No. 3:19-cr-00630-B *SEALED*

DEFT. No. _____

UNITED STATES OF AMERICA

v.

STEWART ALBERT ELIZARDO (10)

§ § § § §

P.J. Meitl _____, AUSA
Jason Freeman
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 hr

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered
 ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
 ☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____
Hearing Concluded:  ☐ Yes  ☐ No

 ☐ Defendant SWORN.
 ☑ Arraignment  ☐ Rearraignment – Held on Count(s) ___ 1,11 _____
  of the __27___ count(s)  ☐ Indictment  ☐ Information  ☑ Superseding Indictment  ☐ Complaint
 ☐ Sentencing Guidelines                                                  ☐ Superseding Information
 ☑ Deft enters a pleas of    ☑ Not Guilty  ☐ Guilty  ☐ Nolo
 ☐ Waiver of Jury Trial
 ☐ Waiver of Indictment filed
 ☐ Plea Agreement accepted       ☐ Court defers acceptance of Plea Agreement
 ☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
 ☐ Plea Agreement included with Factual Resume.
 ☐ Factual Resume filed.
 ☐ Sentencing set   Date: _____  Time: _____
 ☐ Trial set for  Date: _____  Time: _____
  Pretrial motions due: _____  Discovery motions/Government Responses due: _____
 ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
 ☐ PSI waiver filed.   PSI due: _____  Pre-sentence Referral Form to: _____
 ☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐10%  ☐ PR
 ☐ Deft failed to appear, bench warrant to issue.
 ☐ Bond  ☐ continued  ☐ forfeited
 ☐ Deft Custody/Detention continued.
 ☑ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED FEB 21 2020 CLERK, U.S. DISTRICT COURT By_____ Deputy*